# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRYL COMBS

NO. 2023 KW 0964

**JANUARY 18, 2024**

---

In Re:    Darryl Combs, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-02-0280.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

  **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion for production of documents on August 31, 2023.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT